IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSHUA SPRINGFIELD,<br><br>Defendant. | CR 97-37-BLG-SPW-8<br><br><br>ORDER |

Upon the Defendant's Unopposed Motion for Early Termination of

Supervision (Doc. 852), pursuant to 18 U.S.C. § 3583(e)(1) and Fed. R. Crim. P.

32.1(c)(2), and good cause being shown,

IT IS HEREBY ORDERED that the Defendant's motion is GRANTED.

Joshua Springfield's supervision is terminated as of the date of this Order.

The Clerk shall notify the U.S. Probation Office of the making of this Order.

DATED this 21st day of May, 2018.

SUSAN P. WATTERS
United States District Judge